MEMO ENDORSED



STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

(914) 422-8755

November 8, 2019

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Brandon v. Alam*, 18-CV-10158 (NSR)

Dear Judge Roman:

Status Conf. is adjourned from Dec. 13, 2019 until March 6, 2020 at 11:00am. Clerk of the Court requested to terminate the motion (doc. 36).

SO ORDERED:

Dated: Nov. 21, 2019

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

I am an Assistant Attorney General in the Office of Letitia James, Attorney General of the State of New York assigned to defense of this matter. I am writing to request an adjournment of the conference scheduled for December 13, 2019.

The reason for this request is that there was a discovery conference held on November 7, 2019, before the Honorable Judge Davison, during which the previously set deadlines for discovery were extended. We had some issues that were on going and recently resolved during fact discovery. Plaintiff also has been assigned pro bono counsel for the purposes of depositions only and we still have to conduct the depositions. Therefore, the deadline for the rest of the discovery scheduled has been extended until February 14, 2020.

Therefore, we are respectfully requesting that the Court adjourn the conference that was set for December 13, 2019 until after the close of discovery.

Respectfully submitted,

Jennifer Gashi
Assistant Attorney General
(914) 422-8755
jennifer.gashi@ag.ny.gov

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2019

cc: