**MEMO ENDORSED**



# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

(914) 422-8755

April 30, 2020

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Brandon v. Alam*, 18-CV-10158 (NSR)

Dear Judge Roman:

This Office represents defendant Doctor Tasbirul Alam in the above –captioned pro se matter. I write to respectfully request an extension of time for the defendant to file their motion for summary judgement from May 6, 2020 to June 12, 2020.

The reason for this request is that due to the current world health crisis my office was completely closed for an extended period of time. I was still working remotely; however, I was unable to enter our physical office space for any reason. The files for this case are voluminous and are in my office and therefore have been unreachable. I was only recently granted permission to enter the office for the limited purpose of retrieving the files. I am hoping to be able to arrange to go and get all of the documents and the files soon. Additionally, the pandemic has caused substantial changes in my schedule and over all responsibilities which has also made it difficult to meet the previously set deadline.

I appreciate the Court's courtesy and understanding during this difficult time and I thank you in advance for even considering this request. This is the first request for an extension of time to file the motion for summary judgment.

By: /s/ Jennifer Gashi

Jennifer Gashi
Assistant Attorney General
44 South Broadway
White Plains, NY 10601
(914) 422-8755

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2020

Cc VIA ECF:

Chamma K. Brandon
Plaintiff Pro Se
539 Atlantic Avenue
Ste # 170394
Brooklyn, New York 11217
chammakareembrandon@gmail.com

Deft's request for an extension of the briefing schedule is granted as follows: Deft's moving papers shall be **served (not filed)** June 12, 2020; Pltf's opposition papers shall be **served (not filed)** July 13, 2020; and Deft's reply papers shall be served July 28, 2020. Deft's shall file all motion papers including Pltf's opposition papers, on July 28, 2020. As long as Judge Román's Emergency Rules remain in place, copies shall be delivered to chambers in electronic form. Clerk of the Court requested to terminate the motion (doc. 42).

Dated: April 30, 2020        SO ORDERED.

Nelson S. Román, U.S.D.J.