**MEMO ENDORSED**



### STATE OF NEW YORK
### OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

(914) 422-8755

June 7, 2020

Honorable Nelson S. Roman
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Brandon v. Alam*, 18-CV-10158 (NSR)

Dear Judge Roman:

This Office represents defendant Doctor Tasbirul Alam in the above –captioned pro se matter. I write to respectfully request a second extension of time for the defendant to file their motion for summary judgement from June 12, 2020 until June 26, 2020.

The reason for this additional request is that due to the current world health crisis I have encountered unexpected delays in my ability to access the files from within my office which was completely closed for an extended period of time. I have also encountered difficulty in speaking with my client in a timely manner and his access to his own files have been limited as well. Put simply I have not had the access to my client or the necessary printers and copiers to retrieve my files and work effectively remotely on this motion. Everything has taken a little bit longer and been a little bit more difficult than I originally anticipated in my first request for an extension. Additionally, the pandemic has caused substantial changes in my schedule and over all responsibilities which has also made it extremely difficult to meet the previously set deadline.

I appreciate the Court's courtesy and understanding during this difficult time and I thank you in advance for even considering this request. As I am aware that this is our second request for an extension of time to file the motion for summary judgment, I will do everything necessary to try to make sure it is also our final request.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/2020

By: *[signature]*

Jennifer Gashi
Assistant Attorney General
44 South Broadway
White Plains, NY 10601
(914) 422-8755

Cc VIA ECF:

Chamma K. Brandon
Plaintiff Pro Se
539 Atlantic Avenue
Ste # 170394
Brooklyn, New York 11217
chammakareembrandon@gmail.com

Deft's request for an extension of the briefing schedule is granted as follows: Deft's moving papers shall be served (not filed) June 26, 2020; Pltf's opposition papers shall be served (not filed) July 27, 2020; and Deft's reply papers shall be served Aug. 11, 2020. Deft. shall file all motion papers including Pltf's opposition papers, on Aug 11, 2020. As long as Judge Roman's Emergency Rules remain in place, copies shall be delivered to chambers in electronic form. Clerk of the Court requested to terminate the motion (doc. 44).

Dated: June 9, 2020           SO ORDERED.

*[signature]*

Nelson S. Román, U.S.D.J.