

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/19/2021
```

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

October 18, 2021

**MEMO ENDORSED**

**Via ECF**
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Brandon v. Alam*, 18-CV-10158 (NSR)

Dear Judge Román:

      This Office represents Defendant Dr. Tasbirul Alam in the above captioned pro se matter. I write to respectfully request a brief two-week extension to file Defendants' Motion for Summary Judgment, which is currently due October 22, 2021. This request is necessary due to a number of other discovery and trial obligations at this time. In order to balance this heavy case load and effectively prepare the motion, I respectfully request an extension to file Defendant's Motion for Summary Judgment to November 5, 2021, with opposition papers due December 6, 2021 and reply papers due December 20, 2021. This is the first request for an extension. I consulted with Plaintiff via email, and he does not object to the extension.

Respectfully submitted,

_____
Kathryn Martin
Assistant Attorney General
914-422-8615

cc:   Chamma Brandon
       Plaintiff Pro Se

**Defendant's first request for a two-week extension to file its summary judgment papers, to which pro se Plaintiff consents, is GRANTED. Defendant shall serve (not file) moving papers on November 5, 2021; Plaintiff shall serve (not file) opposition papers on December 6, 2021; Defendant's reply papers shall be served on December 21, 2021. Defendant shall file all motion papers, including Plaintiff's opposition, on the reply date, December 21, 2021. Parties shall provide two hard copies of all papers to the Court as they are served. Defendant is directed to email a copy of this order to pro se Plaintiff at the address on ECF and to file proof of service. The Clerk of Court is directed to terminate the motion at ECF No. 74.**

Dated: October 19, 2021
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE