**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CHAMMA K. BRANDON,

                Plaintiff,                      18 **CIVIL** 10158 (NSR)

      -against-                              **JUDGMENT**

TASBIRUL M. ALAM,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 10, 2022, Defendant's motion for summary judgment is GRANTED. Plaintiff's request for compensatory and punitive damages is thereby denied, as is Plaintiff's request for injunctive relief; accordingly, the case is closed.

**Dated:** New York, New York
          November 14, 2022

                                                            **RUBY J. KRAJICK**

                                                             _____
                                                               **Clerk of Court**

                      **BY:**

                                                               _____
                                                               **Deputy Clerk**